IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No: 10 CR 1063 |
| | ) | |
| v. | ) | |
| | ) | |
| Felipe De Jesus Magana-Campos, | ) | Judge: Kennelly |
| Defendant. | ) | |

## ORDER

The Court previously reduced defendant's sentence to a prison term of 135 months, based on a motion filed by defendant following the retroactive reduction of the Sentencing Guidelines offense levels for certain types of narcotics offenses. Defendant has now filed a second motion for reduction, asking for a reduction to 108 months on the ground that he has a minimal criminal record, is a model prisoner, and will be deported to Mexico after he serves his sentence. The Court denies defendant's motion [dkt. no. 385]. The Court lacks the authority to reduce defendant's sentence below 135 months.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: 4/20/2016